**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV12-03267 JAK (VBKx) | Date | September 13, 2012 |
|---|---|---|---|
| Title | William Arden, et al. v. JW Marriott Santa Monica Le Merigot Hotel, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 10, 2012, Jobi Halper, ADR panel mediator, filed a Mediation Report indicating that the parties reached a settlement. Dkt. 23.  The Court sets an Order to Show Cause re Dismissal for October 15, 2012 at 1:30 p.m.  If the parties file a dismissal by October 11, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The October 1, 2012 Post Mediation Status Conference, January 28, 2013 Final Pretrial Conference, February 8, 2013 Exhibit Conference, and February 12, 2013 Jury Trial.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |